**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Marcia S. Krieger**

Civil Action No. 20-cv-01366-MSK

**ANDREA C. JOHNSTON,**

    Plaintiff,

v.

**ANDREW M. SAUL, Commissioner of Social Security,**

    Defendant.

## ORDER

**Krieger, J.**

The matter before the court is plaintiff's Complaint (**# 1**), filed May 13, 2020. The Local Rules of Practice of the United States District Court for the District of Colorado – AP Rules establish deadlines for the submission of opening, response, and reply briefs in social security appeals. *See* D.C.COLO.LAPR 16.1(b). To further manage the marshaling and presentation of evidence and arguments in these cases, the court finds and concludes that appropriate page limitations on these written submissions are indicated.

**THEREFORE, IT IS ORDERED** as follows:

1. That opening and response briefs shall be limited to no more than **twenty (20) pages**;

2. That reply briefs shall be limited to no more than **ten (10) pages**; and

3. That the foregoing page limitations shall apply to the legal argument portion of the brief or response, but shall not include the cover page, jurisdictional statement, table of contents, or statement of facts and procedural history.

Dated this 18th day of May, 2020.

**BY THE COURT:**

_____

Marcia S. Krieger
Senior United States District Judge