IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01366-MSK

ANDREA C. JOHNSTON,

    Plaintiff,

v.

ANDREW SAUL[1],
Acting Commissioner of Social Security

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW J. Benedict Garcia, Assistant United States Attorney, and enters his appearance as counsel for Defendant in the above-captioned action. Please include undersigned counsel on all future correspondence, notices and pleadings in this case. Please note that the Special Assistant United States Attorney from the Social Security Administration remains lead counsel on the case.

DATED this July 23, 2020.

    Respectfully submitted,
    JASON R. DUNN
    United States Attorney

    s/ *J. Benedict Garcia*

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d). Section 205(g) of the Social Security Act states that an action survives regardless of any change in the person occupying the office of Commissioner of Social Security. 42 U.S.C. § 405(g).

J. Benedict Garcia
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: j.b.garcia@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 23, 2020, I filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the nonparticipant's name:

Andrea C. Johnston
6217 South Sterne Parkway
Littleton, CO 80120

*s/ Robin M. Allison*
United States Attorney's Office

3