IN THE UNITED STATES DISTRIT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 20-cv-01366-MSK

ANDREA C JOHNSTON,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Plaintiff, Andrea C Johnston, *Pro Se*, hereby moves for a 30-day extension of time to file Plaintiff's Reply Brief, which is due to be filed by December 15, 2020. The Plaintiff is requesting this extension due to illness that prevents her from completing the Reply Brief by December 15, 2020.

The Plaintiff is asking for 30 days because she reasonably believes this amount of time may be necessary to produce the Reply Brief. However, should the Reply Brief be completed earlier than the full 30 days requested, the Plaintiff will file the Reply Brief as soon as it is completed.

The Plaintiff has not previously filed any motion for an extension of time in this case. The Defendant has been granted two extensions of time in this case, for 60 days each, to enlarge the time for filing of the Answer to Plaintiff's Complaint, and the Administrative Record (ECF 13).

Plaintiff's request is made for good cause and not for purposes of undue delay. Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiff contacted Counsel's representative for the Defendant, and was informed that the Defendant does not object to this motion.

WHEREFORE, the Plaintiff asks the Court to enlarge the time for filing the Reply Brief until January 14, 2021.

Respectfully submitted this 9th day of December, 2020.


By s/ Andrea C Johnston

ANDREA C JOHNSTON
6217 South Sterne Parkway
Littleton, CO  80120
(720) 447-2039
ajohnston@virtualindeed.com

Plaintiff, *Pro Se*

# CERTIFICATE OF SERVICE BY ECF COURT FILING

DATED this 9th day of December, 2020.

The foregoing Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief was served by Electronic Court Filing (ECF) to:

> JASON R. DUNN
> Acting United States Attorney
>
> J. BENEDICT GARCÍA
> Assistant United States Attorney
> United States Attorney's Office
> District of Colorado
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0128
> j.b.garcia@usdoj.gov
>
> VICTORIA V. JOHNSON
> Special Assistant United States Attorney
> Assistant Regional Counsel
> Office of the General Counsel
> Social Security Administration
> 1961 Stout Street, Suite 4169
> Denver, CO 80294-4003
> Telephone: 303-844-7192
> victoria.johnson@ssa.gov
>
> NOAH SCHABACKER
> Special Assistant United States Attorney
> Office of the General Counsel
> Social Security Administration
> 1961 Stout Street, Suite 4169
> Denver, CO 80294-4003
> Telephone: (303) 844-6232
> noah.schabacker@ssa.gov
>
> Attorneys for Defendant

By <u>s/ Andrea C Johnston</u>

ANDREA C JOHNSTON
6217 South Sterne Parkway
Littleton, CO  80120
(720) 447-2039
ajohnston@virtualindeed.com

Plaintiff, *Pro Se*